IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
*Greenbelt Division*

IN RE:
DEJAHNA SHAYNEL BASS
    Debtor

Case No. 24-10636

Freedom Mortgage Corporation
    Movant

vs.

Chapter 7

DEJAHNA SHAYNEL BASS
    Debtor

and

Gary A Rosen
    Chapter 7 Trustee

## MOTION FOR RELIEF FROM AUTOMATIC STAY ON REAL PROPERTY LOCATED AT 3367 RYON COURT, WALDORF, MARYLAND 20601

COMES NOW, Freedom Mortgage Corporation (hereinafter "Movant"), its assigns and/or its successors in interest, by and through counsel, moves for relief from the automatic stay of 11 U.S.C. § 362(a) pursuant to Fed. R. Bankr. P. Rules 4001, 9014, and Maryland Local Bankr. Rule 4001, and respectfully represents as follows:

    1.    Jurisdiction is based on 28 U.S.C. §§ 157 and 1334 of the United States Bankruptcy Code. The relief requested may be granted in accordance with the provisions of 11 U.S.C. §§ 105(a) and 362(d) and pursuant to Fed. Bank. Proc. Rules 9013 and 4001.

5

2.      On or about January 25, 2024, DEJAHNA SHAYNEL BASS (hereinafter "Debtor") filed a voluntary petition in this Court under Chapter 7 of the United States Bankruptcy Code.

3.      Gary A Rosen is the duly appointed Chapter 7 Trustee of the Debtor's bankruptcy estate.

4.      At the time of initiation of the bankruptcy proceedings, the Debtor owned a parcel of real estate located in Charles County, Maryland, and improved by a residence known as 3367 Ryon Court, Waldorf, Maryland 20601 (hereinafter the "Property").

5.      Movant is a secured creditor of the Debtor whose interest is evidenced by a promissory note ("Note") dated April 30, 2021, in the original principal amount of $220,924.00 with interest at the original note rate of 2.750%.  A copy of the promissory note is attached.

6.      Said Note is secured by a certain Deed of Trust also dated April 30, 2021 and recorded in Liber 11811, Folio 375 among the land records of Charles County, Maryland, related to the Property.  A copy of the deed of trust is attached.

7.      Movant now seeks relief from the automatic stay against Debtor pursuant to 11 U.S.C. § 362(d)(1) for Debtor's failure to maintain adequate protection payments to Movant as required by the aforementioned promissory note and deed of trust.

8.      The Debtor is in default under the Deed of Trust and Note and is contractually due for:  April 1, 2023 through November 1, 2023 payments of $1,412.98 each for a subtotal of $11,303.84; December 1, 2023 through February 1, 2024 payments of $1,415.31 each for a subtotal of $4,245.93.  Consequently, payment arrears alone at this point total $15,549.77. Movant has incurred legal fees of $950.00 and filing cost of $199.00 associated with the present motion.

9. A copy of the payment history is attached hereto as Exhibit "A".

10. A detailed statement of debt, required by Maryland Local Bankr. Rule 4001-1(b), is itemized as follows:

| | |
|---|---:|
| Unpaid Principal Balance | $211,903.10 |
| Accrued Interest | $5,788.74 |
| Recording Fee | $50.00 |
| Mortgage Insurance Premium | $290.80 |
| Additional Items Due | $6,355.06 |
| Late Charges | $180.35 |
| Escrow Advances | $4,516.29 |
| Motion Filing Cost | $199.00 |
| Total: | $229,283.34 |

This statement of debt is not equivalent to a verified payoff statement. If you wish to receive a verified payoff statement you must request one directly from the lender.

11. Movant lacks adequate protection of its interest in the Property and Movant continues to be irreparably injured by the stay of 11 U.S.C. § 362(a).

12. Movant avers that there is no equity in the Property because the total liens against the Property exceeds its fair market value. The Maryland State Department of Assessments and Taxation's real property report lists the market value of the Property as $199,833.00. Maryland Bankr. Rule 4001-1(b)(6).

13. Cause exists for terminating the automatic stay imposed by 11 U.S.C. § 362(a) to enable Movant to avail itself of its rights and remedies under its promissory note, security instrument, and state law, including but not limited to the commencement of foreclosure proceedings against the Property.

WHEREFORE, the Movant, its assigns and/or successors-in-interest prays that this Court:

1.       Enter an order terminating the automatic stay imposed by 11 U.S.C. § 362(a) of the United States Bankruptcy Code to enable Movant, its successors and/or assigns, to avail itself of its rights and remedies under the promissory note, deed of trust, and state law, including but not limited to the initiation of foreclosure proceedings against the property located at 3367 RYON COURT, Waldorf, Maryland 20601 and to allow successful purchaser to obtain possession of same; and,

2.       Grant such other and further relief as may be just and necessary.

Respectfully submitted,

Date:   February 6, 2024           */s/ Andrew Spivack*
　　　　　　　　　　　　　　　　　Andrew Spivack Bar No. 21497
　　　　　　　　　　　　　　　　　Brock & Scott, PLLC
　　　　　　　　　　　　　　　　　3825 Forrestgate Dr.
　　　　　　　　　　　　　　　　　Winston-Salem, NC 27103
　　　　　　　　　　　　　　　　　844-856-6646
　　　　　　　　　　　　　　　　　704-369-0760  facsimile
　　　　　　　　　　　　　　　　　MDBKR@brockandscott.com

　　　　　　　　　　　　　　　　　*Counsel for Movant*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of February, 2024, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Motion For Relief will be served electronically by the Court's CM/ECF system on the following:

Gary A Rosen, Chapter 7 Trustee, at trusteerosen@gmail.com

I hereby further certify that on the 6th day of February, 2024, a copy of the Motion For Relief was also mailed first class mail, postage prepaid to:

DEJAHNA SHAYNEL BASS
3367 Ryon Ct
Waldorf, MD 20601

/s/Andrew Spivack
Andrew Spivack, MD Fed. Dist. No. 21497
Ryan Srnik, MD Fed. Dist. No. 30811
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: MDBKR@brockandscott.com